

mandamus and Petitioner's motion to file the same out of time, it is ordered that said motion is hereby denied, and that said petition is hereby dismissed as untimely.

No. 12–0664/AF. U.S. v. Justin G. McCarthy. CCA S32003. In each of the above cases, Major Andrew J. Unsicker's motion to withdraw as appellate defense counsel is granted.

No. 12–8032/AR. Nidal M. Hasan, Petitioner v. Gregory Gross, Colonel, United States Army, Military Judge, Respondent. CCA 20120667. On consideration of Respondent's motion to file a second supplemental joint appendix, it is ordered that said motion is hereby granted.

Misc. No. 12–8034/AR. Kesha R. Conner, Appellant v. Colonel Andrew C.S. Efaw, United States Army, Military Judge, Appellee. CCA 20120761. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief together with a motion for a stay of proceedings were filed under Rule 27(b).

No. 12–8032/AR. Nidal M. Hasan, Petitioner v. Gregory Gross, Colonel, United States Army, Military Judge, Respondent.